391 A.2d 681

Commonwealth v. Franchi, Appellant.

Submitted March 20, 1978. Robert F. Pappano, Assistant Public Defender, for appellant; Frank T. Hazel, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Order of the court below dismissing petition under Post Conviction Hearing Act reversed and case remanded with directions to conduct a hearing on the petition.

HOFFMAN and SPAETH, JJ., would remand for resentencing on the basis of Judge HOFFMAN's dissenting opinion in *Commonwealth v. McCabe*, 242 Pa.Super. 413, 364 A.2d 338 (1976).

PRICE, J., dissented and would affirm.